Drew L. Johnson
Kathryn Tassinari
rwood@callatg.com
kathrynt50@comcast.net
1700 Valley River Drive
Eugene, OR  97401
(541) 434-6466
Attorneys for Plaintiff

UNITED STATES COURT DISTRICT COURT

DISTRICT OF OREGON

**MICHELLE L. FLAMEZ, fka**
**MICHELLE L. REED,**

                Plaintiff,

      vs.

**MICHAEL J. ASTRUE**,
Commissioner of Social Security
Administration,

             Defendant.

Civil No. 2:11-cv-06059-SU

**ORDER APPROVING**
**ATTORNEY FEES PURSUANT**
**TO 42 U.S.C. §406(b)**

       Plaintiff's Motion is hereby granted in the sum of $11,598.50 as full settlement of

all claims for attorney fees pursuant to 42 U.S.C. §406(b).  The net requested herein, less

the EAJA fee awarded of $9,618.96, is $1,979.54, and Defendant shall pay this amount to

Plaintiff's counsel, less an administrative assessment pursuant to 42 U.S.C. 406(d).

There are no other costs.

IT IS SO ORDERED this day of ___March 5, 2013___

_____
U.S. District Judge


PRESENTED BY:

By:   /s/ DREW L. JOHNSON
      Drew L. Johnson, OSB #75200
      Of Attorneys for Plaintiff

ORDER APPROVING ATTORNEYS FEES PURSUANT TO 42 U.S.C §406 (b) -     2